■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK NOSTRO, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, entered March 18, 1965, which denied without a hearing his application to vacate a judgment of conviction of the former County Court, Kings County, entered December 15, 1960, con-

victing him on his plea of guilty of manslaughter in the second degree, and imposing sentence. Order affirmed. (*People* v. *Henzey*, 24 A D 2d 764.) Beldock, P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.